UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EURO RSCG SUBPOENA; <br> _____ <br> CRICKET COMMUNICATIONS, INC., <br>          Plaintiff, <br>  vs. <br> HIPCRICKET, INC., <br>          Defendant; <br> _____ <br> and Related Counterclaim. <br> _____ | CASE NO. 08cv2385-L(WMc) <br><br> **ORDER REFERRING ACTION TO MAGISTRATE JUDGE FOR DECISION** |

   This action was filed in this court solely as a motion to compel compliance by Euro RSCG, a Third Party, with a subpoena *duces tecum* issued in this District pursuant to Rule 45(a)(2) of the Federal Rules of Civil Procedure in *Cricket Communications, Inc. v. Hipcricket, Inc.,* case no. 08cv908 MJP, currently pending in the United States District Court for the Western District of Washington.  As this case consists solely of a pre-trial discovery dispute, and the sole remedy requested is to issue an order compelling Euro RSCG to withdraw objections and produce responsive documents (Mtn. to Compel at 6), this action is hereby **REFERRED** to United States Magistrate Judge William McCurine,

/ / / / /

1 | Jr. for decision pursuant to 28 U.S.C. § 636(b)(1)(A), Rule 72(a) of the Federal Rules of
2 | Civil Procedure and Civil Local Rule 72.1(b).
3 |     **IT IS SO ORDERED**.
4 | DATED: January 21, 2009

                                           M. James Lorenz
                                           United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, Jr.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL